# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:15-CR-22 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| JEREMIAH DANNER ) | |
| ) | Magistrate Judge Susan Lee |
| ) | |

## ORDER

Magistrate Judge Susan Lee filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw his not-guilty plea to Count One of the three-count Indictment; (2) accept Defendant's plea of guilty to Count One of the Indictment; (3) adjudicate Defendant guilty of the charges set forth in Count One of the Indictment; (4) defer a decision on whether to accept the plea agreement until sentencing; and (5) find Defendant shall remain in custody until sentencing in this matter. (Doc. 23.) Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 23) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw his not guilty plea to Count One of the Indictment is **GRANTED**;

(2) Defendant's plea of guilty to Count One of the Indictment is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the Indictment;

(4) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(5)   Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **January 22, 2016, at 9:00 a.m. [EASTERN]** before the Honorable Travis R. McDonough.

**SO ORDERED.**

**ENTER:**

/s/
**TRAVIS R. MCDONOUGH
UNITED STATES DISTRICT JUDGE**